### 24580. McDONALD v. SAMS, Executor.

UNDERCOFLER, Justice. On further consideration of the record in the present case, this court has reached the conclusion that the application for writ of certiorari was improvidently granted, and accordingly the case is

*Dismissed. All the Justices concur.*

ARGUED JUNE 11, 1968—DECIDED JUNE 20, 1968.

*Weekes & Candler, John Wesley Weekes,* for appellant.
*Bonneau Ansley, Sams & Sams, Augustine Sams,* for appellee.